IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES GILMER,

    Plaintiff,

VS.                                NO. 01-2760-Ma

MEMPHIS QUEEN LINES, INC., ET AL.,

    Defendants.

---

ORDER RE-OPENING CASE AND SETTING STATUS CONFERENCE

---

Before the court is Plaintiff's April 26, 2005 notice that bankruptcy proceedings are complete. For good cause shown, this case is re-opened and the court will hold a status conference on **Wednesday, June 15, 2005, at 9:00 a.m.**

IT IS SO ORDERED this 19th day of May, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:01-CV-02760 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Ashley Swain Old
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT