UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ___ O.C.
05 OCT 27 PM 4: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHARLES GILMER, | ) |
| Plaintiff, | ) |
| v. | ) NO. ~~05-2224~~ MaAn |
| | ) 01-2760 |
| MEMPHIS QUEEN LINES, INC a/k/a MEMPHIS QUEEN CO., INC. AND RALPH BAGWELL, | ) |
| Defendants. | ) |

## ORDER VOLUNTARILY DISMISSING WITHOUT PREJUDICE THE COMPLAINT PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

On motion of the Plaintiff, Charles Gilmer, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to voluntarily dismiss without prejudice the Complaint filed by him in this matter; and whereas the Court finds that after Plaintiff's own announcement on the record at the Status Conference held in this matter on September 22, 2005, that Plaintiff seeks to dismiss the case without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure without opposition; and whereas the Court finds that said motion is well-taken and should be granted;

IT IS, THEREFORE, ORDERED that this matter is voluntarily dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, subject to re-fling within a time period permitted by applicable law.

HON. SAMUEL H. MAYS, JR.
Date: October 27, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  10-31-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:01-CV-02760 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Ralph Bagwell
1398 West Shelby Dr
Memphis, TN 38109

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Ashley Swain Old
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT