UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.

05 NOV 18 AM 11:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHARLES GILMER,

    Plaintiff,

v.                                                  Cv. No. 01-2760-Ma

MEMPHIS QUEEN LINES, INC.,
a/k/a MEMPHIS QUEEN CO., and
RALPH BAGWELL,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Voluntarily Dismissing Without Prejudice, docketed October 31, 2005.

**APPROVED:**

/s/ _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


November 17, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

(By) /s/ _____
    DEPUTY CLERK

(53)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:01-CV-02760 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Ralph Bagwell
1398 West Shelby Dr
Memphis, TN 38109

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Ashley Swain Old
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT